**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In the Interest of A. F. S. and E. L. S., children

Appellate case number:    01-18-00457-CV

Trial court case number:  87712-F

Trial court:              300th District Court of Brazoria County

      Appellee has filed a motion for extension of time to file its brief until October 10, 2018. The court **grants** the motion **in part**. Appellee's briefing due date is **extended until September 17, 2018**.

      This appeal will be submitted on October 10, 2018. The deadline for disposition of this priority appeal is November 9, 2018. *See* TEX. R. JUD. ADMIN. 6.2(a).

      It is so ORDERED.


Judge's signature:/s/ Michael Massengale
                <u>X</u>  Acting individually     ☐  Acting for the Court


Date:  <u>September 11, 2018</u>